# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00260-CV

**Plan B. Holdings, LLC; CIPE Real Estate Solutions, LLC; and Cheryl Cox, Appellants**

**v.**

**RSLLP, f/k/a/ Reed & Scardino LLP, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-002555, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants Plan B. Holdings, LLC; CIPE Real Estate Solutions, LLC; and Cheryl Cox filed their notice of appeal on June 7, 2021. The reporter's record was due on July 12, 2021. On reporter's request, the time for filing was extended to September 30, 2021. On October 14, 2021, Ms. Leah Hayes requested a third extension of time. We order Ms. Hayes to file the reporter's record in this cause no later than November 15, 2021. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Ms. Hayes being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on October 18, 2021.

Before Justices Goodwin, Baker, and Smith